AO 106 (Rev. 06/09)   Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
OCT 2 3 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
the Express Mail parcel bearing label number EU901975405US, )
addressed to: "Anthony Westwood, 9738 Jacobi Ave, St. Louis, )   Case No. 4:13MJ00214 DDN
MO 63136," and a return address of: "Jose Sanchez, 17421 )
Crawford St, Lake Elsinore CA 92530." )

## APPLICATION FOR A SEARCH WARRANT

I, _____Mark J. Hallisey_____, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property: *the Express Mail parcel bearing label number EU901975405US, addressed to: "Anthony Westwood, 9738 Jacobi Ave, St. Louis, MO 63136," and a return address of: "Jose Sanchez, 17421 Crawford St, Lake Elsinore CA 92530."*

located in the _____EASTERN_____ District of _____MISSOURI_____, there is now concealed

controlled substances and/or United States currency.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 846 and 841(a)(1) | Conspiracy to possess with intent to distribute controlled substance(s) |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓   Continued on the attached sheet.
❑   Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
MARK J. HALLISEY, Postal Inspector
United States Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 23, 2013

*Judge's signature*

City and State:   St. Louis, MO

Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*
AUSA:   JAMES C. DELWORTH

## AFFIDAVIT

I, Mark J. Hallisey, being duly sworn, state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service. I have been employed by the United States Postal Inspection Service for approximately 7 years. I have been assigned to the Multi-Functional Team for approximately 2 years. I have received advanced training by the U. S. Postal Inspection Service (USPIS) in the investigation of controlled substances or proceeds/payments being transported through the United States. The St. Louis Field Office's Multi-Functional Team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity.

2. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U. S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business to business, correspondence. Intelligence from prior parcels, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail is seldom used for individual to individual correspondence.

3. Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U. S. Postal Service Express Mail and Priority Mail. Like U. S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Like U. S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business to business, correspondence. However, intelligence from prior parcels which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually

from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual to individual correspondence.

4. In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of controlled substances. The USPIS conducted an analysis of prior parcels mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. The analysis of prior parcels, which were found to contain controlled substances or proceeds/payments, indicated that these labels are usually from an individual to an individual. In the few cases when overnight delivery parcels containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company. Additionally, this analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the parcel will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U. S. Postal Service Express Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: parcel mailed from or addressed to a narcotic source city; parcel has a fictitious return address; parcel addressee name is unknown at the destination address; parcel sender name is unknown at the return address; parcel has address information which is handwritten; parcel is mailed from a Commercial Mail Receiving Agency (CMRA); parcel is addressed to residential areas; parcel is addressed from an individual to an individual; parcels are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address.

5. The U. S. Postal Inspection Service St. Louis Field Office's Multi-Functional Team has found the characteristics listed in paragraphs three and four are indicative of parcels, which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

6. On October 23, 2013, during a routine review of Express Mail parcels at the USPS National Distribution Center (NDC) located in Hazelwood, Missouri, Inspectors identified an Express Mail Parcel bearing tracking number **EU901975405US**. The parcel was addressed to **Anthony Westwood, 9738 Jacobi Ave, St. Louis, MO 63136,** and the sender was **Jose**

**Sanchez, 17421 Crawford St, Lake Elsinore, CA 92530**. Inspectors immediately recognized the parcel as being involved in an ongoing investigation which has identified fifty-nine (59) previous mailings since June 2012. The parcel was mailed from the Lake Elsinore, CA 92530 Post Office bearing $96.50 in postage. Based on my training and experience, I know that Lake Elsinore, CA is located in a source area for narcotics. Based upon these factors, the parcel was detained by Inspectors for further review.

7. On October 23, 2013, Inspectors began to review available law enforcement and Postal Service databases regarding the sender and addressee names listed on the parcel. As mentioned in paragraph six, the parcel was addressed to **Anthony Westwood, 9738 Jacobi Ave, St. Louis, MO 63136,** and the sender was **Jose Sanchez, 17421 Crawford St, Lake Elsinore, CA 92530**. According to available databases, the sender address of 17421 Crawford St, Lake Elsinore, CA 92530 was a valid address and Jose Sanchez is a name associated with that address. A further review of law enforcement databases determined that **"Anthony Westwood"** is not a name associated with 9738 Jacobi Ave, St. Louis, MO 63136. In the past, packages originating from source narcotics cities listing a fictitious addressee name have contained narcotics and or the proceeds of narcotic sales.

8. As indicated previously herein, an ongoing investigation has identified approximately fifty-nine (59) mailings in this investigation. All of the previous parcels originated from various cities throughout California, including Lake Elsinore, and were of similar size and weight. On Thursday, February 7, 2013, Inspectors were reviewing incoming Express Mail parcels at the St. Louis Postal Service National Distribution Center (NDC) located in Hazelwood, MO and observed Express Mail parcel **EI652931224US**. The parcel originated from Escondido, CA, was sent to an address in St Louis, MO, and was also identified as being involved in this investigation. An affidavit was presented to United States Magistrate Judge, Honorable Terry I Adelman, and a subsequent search warrant **(4:13MJ1029 TIA)** was issued for the parcel. Upon execution of the search warrant, inspectors seized 14 pounds and 4 ounces of marijuana.

9. On October 23, 2013, Bridgeton Police Department K-9 Detective Eric Lanham was contacted and responded to a location in St. Louis County to review the parcel. Detective Lanham was accompanied by his narcotic trained canine "Boomer." **Express Mail Parcel EU901975405US** was placed in an area known not to have been previously contaminated by a narcotic odor. Detective Lanham had "Boomer" search this area. Upon arriving at this package,

Detective Lanham advised that canine "Boomer" reacted in a positive manner, indicating the presence of a narcotic odor.

10.  The package is a cardboard box and measures approximately fifteen (15) inches by sixteen (16) inches by sixteen (16) inches, weighing approximately thirteen (13) lbs, twelve point eight (12.8) ounces. The parcel was mailed from the Lake Elsinore, CA 92530 Post Office with a postage fee of $96.50. Based on my narcotics training and experience, and discussion with other Inspectors involved in narcotics related investigations, I know that the size and weight of this package, coupled with a fictitious addressee name, are indicative of other packages which have been found in the past to contain narcotic substances, or monies which are the proceeds of narcotics trafficking.

11.  In the past, all of the above factors have been indicative of packages which contained illegal controlled substances or monies which are the proceeds of narcotic trafficking. The package is currently in the custody of Postal Inspector Mark J. Hallisey within the Eastern District of Missouri. Attached herewith are photocopies of the mailing label for **Express Mail Parcel EU901975405US**, and a copy of the qualifications for Detective Lanham's canine "Boomer".

12.  Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, I am requesting that this affidavit be sealed until further order of the Court.



U.S. POSTAGE PAID
LAKE ELSINORE, CA
OCT 22, 13
AMOUNT
$96.50
00086380-14

**Express Mail** — United States Postal Service
Mailing Label — Label 11-B, March 2004
Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE (Domestic Mail Only)

NO DELIVERY

TO: (PLEASE PRINT) PHONE ( )
ANTHONY WESTWOOD
9738 JACOBI AVE
ST LOUIS, MO
63136 +

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 92530
Day of Delivery: Next
Scheduled Date of Delivery: 10-23-13
Scheduled Time of Delivery: 12 PM
Postage: $96.50
Total Postage & Fees: $96.50
Date Accepted: 10/22/13
Time Accepted: 12:42 PM
Flat Rate or Weight: 3 lb 12 oz

EU 901975405 US

FROM: (PLEASE PRINT) PHONE ( )
JOSE SANCHEZ
17421 CRAWFORD ST
LAKE ELSINORE, CA 92530

For pickup or tracking visit www.usps.com
Call 1-800-222-1811

EMS

City of Bridgeton Police Department
Division of Drug Enforcement
Canine Probable Cause Affidavit of Qualifications
Handler: Det. Eric Lanham, DSN 164
Canine "Boomer"

I, Detective Eric Lanham DSN, 164 have been a commission Police Officer of the City of Bridgeton Police Department since January 10, 1994. I have completed the Missouri P.O.S.T. required Law Enforcement Academy requirements. Canine "Boomer" and I are assigned to the Drug Enforcement Administration St. Louis Field Division.

Canine Boomer is a yellow Labrador retriever and was born April 10th, 2009. Canine Boomer and I are trained and accredited as a Narcotics Detection Dog team through the North American Police Work Dog association (March 25, 2013) and the National Police Canine Association (September 18, 2013). Our training consist of instructions of narcotics training and canine searches of buildings, lockers, vehicles, and luggage searches.

Canine Boomer has been trained to sniff, search and alert to the distinctive odors of controlled substances including: Heroin, Cocaine, Methamphetamine, Marijuana and there derivatives. Canine Boomer alerts to those odors in a passive manner by sitting at or close as he can get to the source of odor.

Canine Boomer and I train a minimum of 16 hours per month, in the area of narcotic detection with numerous k-9 units within the St. Louis Metropolitan area.
This affidavit is current as of September 18, 2013.


Det. Eric Lanham, DSN 164
City of Bridgeton Police Department
Division of Drug Enforcement
12355 Natural Bridge
Bridgeton, Mo 63044